UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER ANDRES USANDIVARAS,<br><br>Plaintiff,<br><br>v.<br><br>GARY EGGLESTON, Everett West, Brian Farman, Patrick Spak, Kyle Burbridge<br><br>Defendants. | No. 18-889<br><br>ORDER GRANTING LEAVE TO AMEND COMPLAINT |

The parties have stipulated that Plaintiff intends to proceed only with the Fourth Amendment excessive force claim against Defendants Eggleston, Farman, Spak and Burbridge. The Court finds that the Amendment furthers the interests of justice and efficiency. The Court grants leave to file the amended complaint and ORDERS that an amended complaint be filed within 14 days.

DATED this 1st day of February, 2019.

Marsha J. Pechman
United States District Judge